# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**441**

**KA 10-01584**

PRESENT: SMITH, J.P., LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

                    V                                              ORDER

STANLEY E. SMITH, DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

SCOTT P. FALVEY, CANANDAIGUA, FOR DEFENDANT-APPELLANT.

R. MICHAEL TANTILLO, DISTRICT ATTORNEY, CANANDAIGUA, FOR RESPONDENT.

------------------------------------------------------------------------------------------

 Appeal from a judgment of the Ontario County Court (Frederick G. Reed, A.J.), rendered September 12, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree (two counts).

 It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered: April 20, 2012       Frances E. Cafarell
                  Clerk of the Court